ATTORNEY GRIEVANCE COMMISSION    *     IN THE
     OF MARYLAND                              COURT OF APPEALS

                                      *     OF MARYLAND
         Petitioner

                                        *     Misc. Docket AG No. 88
v.

                                        *     September Term, 2015

JOSEPH D. REID II                         *

         Respondent.                    *

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Joseph D. Reid, II, to indefinitely suspend the Respondent from the practice of law with Respondent having the right to apply for readmission after one year. The Court having considered the Petition, it is this 30th day of March, 2016.

ORDERED, that Respondent, Joseph D. Reid II, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland for violating Rules 1.1, 1.3 and 8.4(a), (c) and (d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that, the Clerk of this Court shall remove the name of Joseph D. Reid II from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d); and it is further

ORDERED, that the Respondent may apply for readmission after a period of one year.

                                      /s/ Lynne A. Battaglia
                                      Senior Judge